[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 19, 2010
JOHN LEY
CLERK

_____

No. 09-15768
Non-Argument Calendar

_____

D. C. Docket No. 08-00317-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DIRICEA MCCANTS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(April 19, 2010)

Before PRYOR, MARTIN and FAY, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Diricea McCants in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McCants's conviction and sentence are **AFFIRMED**.